179 F.2d 399
 COMMISSIONER OF INTERNAL REVENUE, Petitioner,
v.
UNION BUS TERMINAL, Inc., Respondent.
 No. 12968.
 United States Court of Appeals Fifth Circuit.
 February 8, 1950.
 
 Petition for Review of Decision of the Tax Court of the United States (District of Louisiana).
 Hilbert P. Zarky, Sp. Asst. to Atty. Gen., Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., Charles Oliphant, Ch. Cnsl. Bur. Int. Rev., Washington, D. C., John M. Morawski, Sp. Atty. Bur. Int. Rev., Washington, D. C., Edward J. P. Zimmerman, Sp. Asst. to Atty. Gen., A. F. Prescott, Sp. Asst. to Atty. Gen., for petitioner.
 Robert A. Littleton, Washington, D. C., for respondent.
 Before HUTCHESON, Chief Judge, and WALLER and BORAH, Circuit Judges.
 PER CURIAM.
 
 
 1
 The decision and order of the Tax Court, 12 T.C. 197, is affirmed. U. S. v. Kingman, 5 Cir., 170 F.2d 408.